UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **DAVID P. PERRY, SR.** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 08-CV-2149 |
| ) | |
| **CAPITAL ONE BANK, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#57) was filed by Magistrate Judge David G. Bernthal in the above cause on September 24, 2008. Judge Bernthal recommended granting the Motion to Dismiss (#18) filed by Defendants Capital One Bank (USA), N.A. and Richard Fairbank. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). Judge Bernthal's Recommendation is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#57) is accepted by this court.

(2) The Motion to Dismiss (#18) filed by Defendants Capital One Bank (USA), N.A. and Richard Fairbank is GRANTED. Plaintiff's claims against these Defendants are dismissed with prejudice.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 16th day of October, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE